# Notice Recipients

District/Off: 0311−1              User: admin                  Date Created: 7/19/2022
Case: 22−10635−BLS              Form ID: 309F2               Total: 6


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          ASTECH Engineered Products, Inc.        3030 Red Hill Avenue        Santa Ana, CA 92705
tr          David M. Klauder        Bielli & Klauder LLC        1204 N. King Street        Wilmington, DE 19801
aty         Ira Bodenstein        Cozen O'Connor        123 North Wacker Drive, Suite 1800        Chicago, IL 60606
aty         Matthew E. Wilkins        Brooks Wilkins Sharkey & Turco PLLC        401 S. Old Woodward Avenue        Suite
            400        Birmingham, MI 48009
aty         Paula A. Hall        Brooks Wilkins Sharkey & Turco PLLC        401 S. Old Woodward Avenue        Suite
            400        Birmingham, MI 48009
aty         Thomas M. Horan        Cozen O'Connor        1201 N. Market Street        Suite 1001        Wilmington, DE 19801

                                                                                    TOTAL: 6