**EXHIBIT C**

**ASTECH Engineered Products, Inc. Bank Accounts**

| Account Name | Purpose | Number | Bank |
| --- | --- | --- | --- |
| ASTECH Engineered Products, Inc. | Main account, everything sweeps daily to this account | 237025537389 | Bank of America |
| Operating Account | Used for operating disbursements and inflows | 237025538537 | Bank of America |
| 401k Holding Account | Fund flow for retirement accounts | 237025538511 | Bank of America |
| Payroll Account | Fund flow for payroll | 237025538524 | Bank of America |