**EXHIBIT C**

**Insurance Schedule**

| Type of Coverage | Insurer(s) | Policy Number | Current Policy Period | Total Approximate Yearly Premium & Fees or Financed Premiums as Applicable |
|---|---|---|---|---|
| Commercial Property | Liberty Mutual Fire Insurance Company | YU2-Z91-474148-032 | 3/11/22 – 3/11/23 | $110,524.00 |
| Aviation Products and General Liability | Starr Indemnity & Liability Insurance Company | 1000189409-01 | 3/11/22 – 3/11/23 | $197,500.00 |
| Commercial Auto | Liberty Mutual Fire Insurance Company | AS2-Z91-474148-022 | 3/11/22 – 3/11/23 | $5,986.00 |
| Workers Compensation | Liberty Mutual Fire Insurance Company | WC2-Z91-474148-012 | 3/11/22 – 3/11/23 | $243,587.00 |
| Management Liability | Federal Insurance Company (Chubb) | 8262-8928 | 3/11/22 – 3/11/23 | $53,549.00 |
| Crime | Federal Insurance Company (Chubb) | 8262-8928 | 3/11/22 – 3/11/23 | (Included in Mgmt Liability) |
| Cyber | Accredited Specialty Insurance Company | 2-CIA-CA-17-S0105908-00 | 3/11/22 – 3/11/23 | $50,512.98 |
| Site Pollution | Navigators Specialty Insurance Company | CH22ESPZ0AH6WIC | 3/11/22 – 3/11/25 | $56,893.85 |

| Type of Coverage | Insurer(s) | Policy Number | Current Policy Period | Total Approximate Yearly Premium & Fees or Financed Premiums as Applicable |
|---|---|---|---|---|
| | | | | |
| Difference in Conditions (Earthquake, Flood) | AXIS Surplus Insurance Company | ELF659933-22 | 3/11/22 – 3/11/23 | $193,512.50 |