**<u>Exhibit C</u>**

**Utility Services List**

| Utility Company Name | Service | Mailing Address | Account Number | Adequate Assurance Deposit ($) |
|---|---|---|---|---|
| Southern California Edison | Electricity | P.O. Box 1604 El Cajon, CA 92022 | 700127314867 | $108,000.00 |
| Shell Energy, N.A. | Power | 1000 Main St., Level 12 Houston, TX 77002 | 21341 | $20,000.00 |
| City of Santa Ana | Water | 20 Civic Center Plaza Santa Ana, CA 92702 | 1-5490.300 | $8,000.00 |
| SoCal Gas | Gas | P.O. Box C Monterey Park, CA 91756 | 1183-307-7500.0 | $2,500.00 |
| Waste Management | Waste | P.O. Box 43530 Phoenix, AZ 85080 | 1-48201-35008 | $1,800.00 |
| Orange County Sanitation | Waste | 10844 Ellis Avenue Fountain Valley, CA 92708 | | $1,000.00 |