**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| ASTECH ENGINEERED PRODUCTS, INC.[1] | ) | Case No. 22-10635 (BLS) |
| | ) | |
| | ) | |
| | ) | **Re: D.I. _____** |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DEBTOR TO REDACT CERTAIN PERSONAL
IDENTIFICATION INFORMATION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") (i) authorizing the Debtor to redact certain personal identification information; and (ii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Bankruptcy Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Debtors consenting to entry of a final order by the Bankruptcy Court under Article III of the United States Constitution; and this Bankruptcy Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Bankruptcy Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Bankruptcy Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Bankruptcy Court (the "Hearing"); and this Bankruptcy Court having determined that the legal and factual bases set

---

[1] The last four digits of the Debtor's federal tax identification number is 7721. The Debtor's service address is 3030 Red Hill Ave., Santa Ana, CA 92705.

forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Bankruptcy Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion is granted as set forth herein.

2.     The Debtor is authorized to redact the home addresses of individuals listed on the Creditor Matrix or other document filed with the Bankruptcy Court. The Debtor shall provide an unredacted version of the Creditor Matrix and any other filings redacted pursuant to this Order to (x) the Bankruptcy Court and the U.S. Trustee and (y) upon a request to the Debtor that is reasonably related to this case, any party-in-interest; provided that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. The Debtor shall inform the U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order. Nothing herein precludes a party-in-interest's right to file a motion requesting that the Bankruptcy Court unseal the information redacted by this Order.

3.     The requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by notice of the Motion as provided therein.

4.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5.     The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.      This Bankruptcy Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.