**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ASTECH ENGINEERED PRODUCTS, INC.,[1] | Case No. 22-10635 (BLS) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 22, 2022 AT 10:00 A.M.(ET)

**You must register for the ZOOM call.  When registering, please copy and paste the below link to your browser.  Please remember to register with ZOOM well in advance of the hearing  in order to avoid being denied access.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

Topic:  ASTECH Engineered Products, Inc. Case No. 22-10635 (BLS)
When: July 22, 2021 10:00 AM Eastern Time (US and Canada)

Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJIsce2orDIpE5cXagl8C75E_nBuQa5mkXY
After registering, you will receive a confirmation
email containing information about joining the meeting.

MATTERS GOING FORWARD

A.  Petition – ASTECH Engineered Products, Inc. [Docket No. 1; Filed 7/20/22]

1.    Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Its Bank Accounts and Pay Bank and Processor Charges and (B) Maintain Existing Business Forms; (II) Granting a Limited Waiver of the Requirements of Section 345(B) of the Bankruptcy Code, to the Extent Applicable; and (III) Granting Related Relief [Docket No. 15; Filed 7/20/22]

Related Documents:

A)      Declaration of David Richeson in Support of Chapter 11 Petition and Initial Motions [Docket No. 20; Filed 7/20/22]

---

[1] The last four digits of the Debtor's federal tax identification number are 7721. The Debtor's address is 3030 Red Hill Avenue, Santa Ana, CA 92705.

Response Deadline: At the hearing.

Responses Received:  N/A.

Status: This matter is going forward.

2.      Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 16; Filed 7/20/22]

Related Documents:

A)      Declaration of David Richeson in Support of Chapter 11 Petition and Initial Motions [Docket No. 20; Filed 7/20/22]

Response Deadline: At the hearing.

Responses Received:  N/A.

Status: This matter is going forward.

3.      Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Its Insurance Policies and Programs and (B) Honor All Insurance Obligations, and (II) Granting Related Relief [Docket No. 17; Filed 7/20/22]

Related Documents:

A)      Declaration of David Richeson in Support of Chapter 11 Petition and Initial Motions [Docket No. 20; Filed 7/20/22]

Response Deadline: At the hearing.

Responses Received:  N/A.

Status: This matter is going forward.

4.      Motion of Debtor Pursuant to 11 U.S.C. §§ 105(A) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Docket No. 18; Filed 7/20/22]

Related Documents:

A)    Declaration of David Richeson in Support of Chapter 11 Petition and Initial Motions [Docket No. 20; Filed 7/20/22]

Response Deadline: At the hearing.

Responses Received:  N/A.

Status: This matter is going forward.

5.    Motion for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information and (II) Granting Related Relief [Docket No. - 19; Filed 7/20/22]

Related Documents:

A)    Declaration of David Richeson in Support of Chapter 11 Petition and Initial Motions [Docket No. 20; Filed 7/20/22]

Response Deadline: At the hearing.

Responses Received:  None.

Status: This matter is going forward.

Dated: July 20, 2022

**COZEN O'CONNOR**

*/s/Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
Marla S. Benedek (DE Bar No. 6638)
1201 N. Market St., Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2045
E-mail: thoran@cozen.com
E-mail: mbenedek@cozen.com

Ira Bodenstein
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone: (312) 474-1647
E-mail: ibodenstein@cozen.com

-and-

**BROOKS WILKINS SHARKEY & TURCO PLLC**
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1800
E-mail: Wilkins@BWST-Law.com
E-mail: Hall@BWST-Law.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*