# Notice Recipients

District/Off: 0311−1          User: admin          Date Created: 7/28/2022

Case: 22−10635−BLS          Form ID: 309F2          Total: 116

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        ASTECH Engineered Products, Inc.        3030 Red Hill Avenue        Santa Ana, CA 92705

tr        David M. Klauder        Bielli & Klauder LLC        1204 N. King Street        Wilmington, DE 19801

aty        Derek C. Abbott        Morris, Nichols, Arsht & Tunnell        1201 N. Market Street        P.O. Box 1347        Wilmington, DE 19899

aty        Ira Bodenstein        Cozen O'Connor        123 North Wacker Drive, Suite 1800        Chicago, IL 60606

aty        Joseph H. Huston, Jr.        Stevens & Lee, P.C.        919 North Market Street        Suite 1300        Wilmington, DE 19801

aty        Joshua W. Cohen        Day Pitney LLP        195 Church Street        15th Floor        New Haven, CT 06510

aty        Kyle J. TumSuden        Mayer Brown LLP        71 South Wacker Drive        Chicago, IL 60606

aty        Maja Zerjal Fink        Arnold & Porter Kaye Scholer, LLP        250 West 55th Street        New York, NY 10019−9710

aty        Marla S. Benedek        Cozen O'Connor        1201 N. Market Street        Suite 1001        Wilmington, DE 19801

aty        Matthew Barry Lunn        Young, Conaway, Stargatt & Taylor LLP        1000 North King Street        Wilmington, DE 19801

aty        Matthew E. Wilkins        Brooks Wilkins Sharkey & Turco PLLC        401 S. Old Woodward Avenue        Suite 400        Birmingham, MI 48009

aty        Michael R. Nestor        Young Conaway Stargatt & Taylor        Rodney Square        1000 North King Street        Wilmington, DE 19801

aty        Paula A. Hall        Brooks Wilkins Sharkey & Turco PLLC        401 S. Old Woodward Avenue        Suite 400        Birmingham, MI 48009

aty        Ryan M. Bartley        Young Conaway Stargatt & Taylor, LLP        Rodney Square        1000 North King Street        Wilmington, DE 19801

aty        Sean T. Scott        Mayer, Brown, Rowe & Maw LLP        71 South Wacker Drive        Chicago, IL 60606

aty        Sophie Rogers Churchill        Morris, Nichols, Arsht & Tunnell LLP        1201 N. Market Street        Suite 1600        P.O. Box 1347        Wilmington, DE 19899−1347

aty        Thomas M. Horan        Cozen O'Connor        1201 N. Market Street        Suite 1001        Wilmington, DE 19801

17505307        4CLOUD, LLC        1720 WINDWARD CONCOURSE        SUITE 100        Alpharetta, GA 30005

17505308        A T & T        c/o Bankruptcy        4331 Communications Dr, FL 4W        Dallas, TX 75211

17505309        A T & T BUSINESS SERVICES        PO BOX 5019        Carol Stream, IL 60197−5019

17505310        ADVANCED CHEMICAL TRANS INC.        WALTER SINGER        13250 PIERCE RD        Saratoga, CA 95070

17505311        AIRGAS USA, LLC.        AIRGAS, INC.        C T CORPORATION SYSTEM        330 N BRAND BLVD, STE 700        Glendale, CA 91203

17505312        ALONTI CATERING        1210 W. CLAY STREET SUITE 17        Houston, TX 77019

17505313        AMERICAN GAGE        RSA INDUSTRIES INC        1131 S. RICHFIELD RD        Placentia, CA 92870

17505314        ARBO BOX, INC.        2900 SUPPLY AVE.        Commerce, CA 90040

17505315        ASIA TRADING & SERVICE Co. Ltd.        NEW NISHISHINBASHI BLDG, 11−6        JAPAN

17505316        ATI FLAT ROLLED PROD. HLDG LLC        C T CORPORATION SYSTEM        208 SO LASALLE ST, STE 814        Chicago, IL 60604

17505317        ATLAS TESTING LABORATORIES,INC        9820 6TH STREET        Rancho Cucamonga, CA 91730

17505318        AXIS SURPLUS INSURANCE COMPANY        111 SOUTH WACKER DRIVE, SUITE 3500        Chicago, IL 60606

17505320        BUDS AIR COMPRESSOR CO, INC.        1301 E. BURNETT ST.        Signal Hill, CA 90755

17505319        Buds Air Compressor Co        857 S. Rose Place        Anaheim, CA 92805

17505321        CA DEPT. OF TAX & FEE ADMIN.        ENVIRONMENTAL FEE RETURN        PO BOX 942879        Sacramento, CA 94279−6001

17505322        CADENCE AEROSPACE−QFI OPS        QUALITY FORMING, LLC.        22906 FRAMPTON AVE.        Torrance, CA 90501

17505323        CALIFORNIA DEPT OF HEALTH SERV        RADIOLOGIC HEALTH BRNCH MS7610        PO BOX 997414        Sacramento, CA 95899−7414

17505324        CERTIFIED TEMPERATURE CALIB.        ERIC KISSINGER        12637 HOOVER ST        Garden Grove, CA 92841

17505325        CHEM PRO LABORATORY, INC.        941 W 190TH STREET        Gardena, CA 90248−4398

17505326        CHEMCO PRODUCTS CO        6401 E ALONDRA BLVD        Paramount, CA 90723

17505327        CITY OF SANTA ANA        TREASURY DIVISION        20 CIVIC CENTER PLAZA        Santa Ana, CA 92702

17505331        CUTSHEET EXPRESS LLC        39W372 W CURTIS SQ        Geneva, IL 60134

17505328        Constant, Matthew        9132 Ellis Ave        CA

17505329        Corvus, Smart Cyber Insurance        100 Summer Street, Suite 1175        Boston, MA 02110

17505330        Covus c/o Christopher Reichow        U.S. General Counsel R&Q Solutions LLC        Two Logan Square, Suite 600        Philadelphia, PA 19103

17505332        Cutsheet Express LLC        39W372 W CURTIS SQ        Geneva, IL 60134

17505333        DAVE RICHESON        3030 Red Hill Avenue        Santa Ana, CA 92705

17505334        DSR ADVISORS, LLC        1107 CHURCHILL DOWNS DRIVE        Waxhaw, NC 28173

17505335        DUCOMMUN AEROSTRUCTURES        90 248, 268 E GARDENA BLVD        Gardena, CA 90248

17505405        Delaware State Treasury        820 Silver Lake Blvd., Suite 100        Dover, DE 19904

17505336        ELEMENT MATERIALS TECH INC. RD        1628 Northwood        Troy, MI 48084

17505337        ERNEST PAPER PRODUCTS INC.        5777 SMITHWAY ST        Commerce, CA 90040

17505338        EXIM ENGINEERING INC.        2200 E. WINSTON ROAD        Anaheim, CA 92806

17505339   EXPRESS METAL AEROSPACE INC.     2908 W. PENDLETON     Santa Ana, CA 92704
17505340   FRISA AEROSPACE     GLOBAL CORPORATE ADVISORS INC.     1013 CENTRE ROAD, STE 403S     Wilmington, DE 19805
17505341   FULLERTON ELECTRIC     DONALD F. HOLLY AND SON, INC     209 S. RICHMAN AVE.     Fullerton, CA 92832
17505342   GEOCORP INDUSTRIAL CONTROLS     9010 RIVER RD     Huron, OH 44839
17505343   GKN     1150 W BRADLEY AVE     El Cajon, CA 92021
17505344   GKN Aerospace Chem−Tronics, Inc.     c/o Brendan Thomas     Troutman Pepper Hamilton Sanders LLP     600 Peachtree Street, NE , Ste 3000     Atlanta, GA 30308
17505345   GKN CHEM−TRONICS RU2012     1150 W BRADLEY AVE     El Cajon, CA 92021
17505346   GKN CHEM−TRONICS RU2012     c/o GKN Aerospace US Holdings LLC     1301 Solana Blvd, Suite 1528     Westlake, TX 76262
17505347   GKN FREIGHT SERVICES – RU2032     700 FOX ROAD     Van Wert, OH 45891
17505348   GRAINGER, INC. (SANTA ANA)     100 Grainger Pkwy     14441 West Illinois Route 60     Lake Forest, IL 60045
17505349   HANMAR CORPORATION     11441 BREADLEY AVENUE     Pacoima, CA 91331
17505350   HAYNES INTERNATIONAL, INC.     35082 EAGLE WAY     Chicago, IL 60678−1350
17505351   IRON MOUNTAIN     1 Federal St     Boston, MA 02110
17505352   IRVINE PIPE & SUPPLY     2501 SOUTH MAIN STREET     Santa Ana, CA 92707
17505404   Internal Revenue Service     P. O. Box 7346     Philadelphia, PA 19101−7346
17505353   JAYCO ENGINEERING, INC.     1968 E. MCFADDEN AVENUE     Santa Ana, CA 92705
17505354   JPR−HUTCHINSON AEROSPACE     22 RUE ANDRE DUROUCHEZ     80115 AMIENS     FRANCE
17505355   Konica Minolta     10201 Centurion Pkwy N., Suite 100     ATTN: Bankruptcy Mgmt     Jacksonville, FL 32256
17505356   LASER INDUSTRIES, INC.     1351 MANHATTAN AVE.     Fullerton, CA 92831
17505357   LAWSON PRODUCTS, INC.     RICHARD D. PUFPAF     8770 W BRYN MAWR, STE 900     Chicago, IL 60631
17505358   Liberty Mutual     11524 Kluckhohn St.     PO Box 58     Stitzer, WI 53825
17505359   M P M PRODUCTS INC.     1718 E. GREVILLEA CT     Ontario, CA 91761
17505360   MCMASTER CARR     C T CORPORATION SYSTEM     208 SO LASALLE ST     Chicago, IL 60604
17505361   MORSON INTERNATIONAL     10800 GOSLING RD.     BOX #131565     Spring, TX 77393
17505362   MUTUAL PROPANE     MUTUAL LIQUID GAS & EQ, INC.     17117 S. BROADWAY     Gardena, CA 90248
17505363   Northrup Grumman     2980 Fairview Park Drive     Falls Church, VA 22042
17505365   PCC−SCHLOSSER     PCC STRUCTURALS, INC.     NATIONAL REGISTERED AGENTS, INC.     330 N BRAND BLVD STE 700     Glendale, CA 91203
17505366   PDS TECH, INC.     COGENCY GLOBAL INC.     600 SOUTH SECOND ST, STE 404     Springfield, IL 62704
17505367   PLASMA TECHNOLOGY INC     1754 CRENSHAW BLVD     Torrance, CA 90501−3311
17505369   PRAXAIR DISTRIBUTION INC     THE PRENTICE−HALL CORPORATION SYSTEM     2710 GATEWAY OAKS DR, STE 150N     Sacramento, CA 95833
17505370   PRECISION AEROSPACE CORP.     11155 JERSEY BLVD. STE. A     Rancho Cucamonga, CA 91730
17505371   PRECISION MACHINED PROD LLC     1017 SMITHFIELD DRIVE     Fort Collins, CO 80524
17505372   PRUDENTIAL OVERALL SUPPLY     JANA COMER     1661 ALTON PARKWAY     Irvine, CA 92606
17505364   Paradigm Precision     967 PARKER STREET     Manchester, CT 06042
17505368   Pratt & Whitney / United Technologies Co     400 Main Street     East Hartford, CT 06118
17505373   QUALITY GRINDING CO.,INC.     CORNEL FECEU     6800 CABALLERO BLVD     Buena Park, CA 90620
17505376   RICOH USA, INC.     C T CORPORATION SYSTEM     330 N BRAND BLVD     Glendale, CA 91203
17505374   Red Hill One Two Three Four Five Six LLC     c/o Richard E. Lucy     433 N. Camden Drive #400     Beverly Hills, CA 90210
17505375   Ricoh USA     1738 Bass Road     Macon, GA 31210−1043
17505377   SIMS−ORANGE WELDING SUPPLY     NEAL D. BROWN     1322 EAST BORCHARD     Santa Ana, CA 92705
17505379   SOUTHERN CA CARBIDE     2830 VIA ORANGE WAY     SUITE D     Spring Valley, CA 91978
17505380   SOUTHERN CAL SHREDDING, INC.     20492 CRESCENT BAY DRIVE #112     Lake Forest, CA 92630
17505382   ST CLAIRE ENTERPRISES     PMB 101     1717 E. VISTA CHINO #A7     Palm Springs, CA 92262
17505383   STAPLES BUSINESS ADVANTAGE     500 Staples Drive     Framingham, MA 01702
17505385   STARR INDEMNITY & LIABILITY COMPANY     399 PARK AVENUE     New York, NY 10022
17505406   Secretary of State     Division of Corporations     Franchise Tax     P.O. Box 898     Dover, DE 19903
17505402   Securities & Exchange Commission     100 F Street, NE     Washington, DC 20549
17505403   Securities & Exchange Commission     New York Regional Office     Attn: Mark Berger, Regional Director     Brookfield Place     200 Vesey Street, Suite 400     New York, NY 10281−1022
17505378   Southcoast Welding     408 S 33rd Street     Fort Pierce, FL 34947
17505381   Spirit Aerosystems     3801 Oliver     Wichita, KS 67210
17505384   Staples Business Advantage     125 Mushroom Blvd     Rochester, NY 14623
17505386   TALENTCORE, INC.     3429 LOMAS SERENAS DRIVE     Escondido, CA 92029
17505387   TEN OAKS MANAGEMENT, LLC     10850 PROVIDENCE ROAD #1031     Charlotte, NC 28277
17505390   TW METALS INC.     760 CONSTRUCTION DRIVE     PO BOX 644     Exton, PA 19341−0644
17505388   The Boeing Company     2706 MEDIA CENTER DRIVE     Los Angeles, CA 90065

17505389   Toyota Industries Commerical Finance       P.O. Box 660926       Dallas, TX 75266–0926
17505391   ULBRICH OF CA       8570 Mercury Lane       Pico Rivera, CA 90660
17505392   UNIFIRST CORPORATION       PRENTICE HALL CORPORATION SYS       211 E 7TH STREET, STE 620       Austin, TX 78701
17505393   UNITED STATES WELDING CORP.       3579 HIGHWAY 50 EAST #104       Carson City, NV 89701
17505394   UNIVERSAL NDT, INC.       1844 W. 11TH STREET, UNIT F       Upland, CA 91786
17505395   VERIZON BUSINESS       P.O. BOX 15043       Albany, NY 12212–5043
17505396   VERTECHS ENTERPRISES, INC.       400 RALEIGH AVE.       El Cajon, CA 92020
17505397   VFS FIRE PROTECTION SERVICES       501 WEST SOUTHERN AVENUE       Orange, CA 92865
17505398   VOLT       2401 N. Glassell St.       Orange, CA 92865
17505236   W.W. Grainger, Inc.       401 South Wright Road W4W.R47       Janesville, WI 43546
17505399   WESCO AIRCRAFT, INC.       C T CORPORATION SYSTEM       1999 BRYAN ST., STE 900       Dallas, TX 75201

TOTAL: 116