**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| ASTECH ENGINEERED PRODUCTS, INC.[1] | ) | Case No. 22-10635 (BLS) |
| | ) | |
| Debtor. | ) | **Hearing Date: August 18, 2022 at 11:00 am ET** |
| | ) | **Objections Due: August 11, 2022 at 4:00 pm ET** |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER
ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

**PLEASE TAKE NOTICE** that on July 28, 2022, the Debtor, in the above-captioned case (the "Debtor"), filed a Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Motion").

If you wish to respond to the Motion, you must file your response on or before **August 11, 2022 at 4:00 p.m. (ET).** At the same time, you must also serve a copy of your response upon the Debtor's counsel:

Thomas M. Horan, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone (302) 295-2000
thoran@cozen.com

A hearing on the Motion is scheduled before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 North Market Street, Wilmington, Delaware on **August 18, 2022 at 11:00 a.m. (ET)**

---

[1] The last four digits of the Debtor's federal tax identification number is 7721. The Debtor's address is 3030 Red Hill Ave., Santa Ana, CA 92705.

IF YOU FAIL TO RESPOND BY THE ABOVE DEADLINE, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR A HEARING.

Dated:  July 28, 2022                    COZEN O'CONNOR

*/s/ Thomas M. Horan*
Thomas M. Horan (No. 4641)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2000
thoran@cozen.com

*Proposed Counsel to the Debtor*

2