**Fill in this information to identify the case:**

Debtor name **ASTECH Engineered Products, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **22-10635 (BLS)**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **Adams, Durle L** REDACTED | As of the petition filing date, he claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$8,923.52** | **$8,923.52** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address **Adams, Madison** REDACTED | As of the petition filing date, he claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,959.14** | **$2,959.14** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **ASTECH Engineered Products, Inc.**

Name

Case number (if known)  **22-10635 (BLS)**

| | | |
|---|---|---|
| 2.3 | Priority creditor's name and mailing address | |
| | **Aguado-Juanto, Julio** | |

REDACTED

As of the petition filing date, he claim is:          $1,386.47      $1,386.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4 | Priority creditor's name and mailing address | |
| | **Amezquita, Sigifredo** | |

REDACTED

As of the petition filing date, he claim is:          $1,964.00      $1,964.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5 | Priority creditor's name and mailing address | |
| | **Attema  Shawn** | |

REDACTED

As of the petition filing date, he claim is:          $2,957.21      $2,957.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.6 | Priority creditor's name and mailing address | |
| | **Baklog, Maged** | |

REDACTED

As of the petition filing date, he claim is:          $1,012.02      $1,012.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|--------|--------------------------------------|------------------------|--------------------|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is:<br>*Check all that apply.* | **$990.56** | **$990.56** |
|-----|-----|-----|-----|-----|

**Bates, Howard**
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is:<br>*Check all that apply.* | **$12,483.37** | **$12,483.37** |
|-----|-----|-----|-----|-----|

**Benson, Douglas R**
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is:<br>*Check all that apply.* | **$681.00** | **$681.00** |
|-----|-----|-----|-----|-----|

**Caballero, Cristian**
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is:<br>*Check all that apply.* | **$4,024.20** | **$4,024.20** |
|------|-----|-----|-----|-----|

**Calderon, David**
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **ASTECH Engineered Products, Inc.**   Case number (if known)   **22-10635 (BLS)**
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $525.62 | $525.62 |
|------|---|---|---|---|

**Caracheo Jr., Jose**
REDACTED

As of the petition filing date, he claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $1,365.57 | $1,365.57 |
|------|---|---|---|---|

**Carrillo, Mario**
REDACTED

As of the petition filing date, he claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $505.79 | $433.16 |
|------|---|---|---|---|

**Chavez, Anthony**
REDACTED

As of the petition filing date, he claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $3,411.82 | $3,411.82 |
|------|---|---|---|---|

**Chavez, Rigoberto**
REDACTED

As of the petition filing date, he claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

**2.15** | Priority creditor's name and mailing address

**Chavez, Yvonne**

REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$5,894.54**    **$5,894.54**

---

**2.16** | Priority creditor's name and mailing address

**Cobian, Mario**

REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$44.90**    **$44.90**

---

**2.17** | Priority creditor's name and mailing address

**Comfort, Jason**

REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,243.10**    **$1,243.10**

---

**2.18** | Priority creditor's name and mailing address

**Constant, Matthew**

REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$4,061.96**    **$4,061.96**

---

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,467.85 | $1,467.85 |
|---|---|---|---|---|
| | **Contreras, Jorge** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,396.16 | $1,396.16 |
|---|---|---|---|---|
| | **Cortes, Joe** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $304.29 | $304.29 |
|---|---|---|---|---|
| | **Cortez, Victor** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,376.55 | $1,376.55 |
|---|---|---|---|---|
| | **Cuevas, Guadalupe** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **ASTECH Engineered Products, Inc.** | | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

**2.23** | Priority creditor's name and mailing address
**DeGuzman, John Nelson S**
REDACTED

| | As of the petition filing date, he claim is: | **$8,865.12** | **$8,865.12** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address
**Diaz, Blas**
REDACTED

| | As of the petition filing date, he claim is: | **$1,005.49** | **$1,005.49** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address
**Diaz, Eduardo**
REDACTED

| | As of the petition filing date, he claim is: | **$366.74** | **$366.74** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address
**Dodos, Nicholas M**
REDACTED

| | As of the petition filing date, he claim is: | **$10,740.41** | **$10,740.41** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | | Case number (if known) | **22-10635 (BLS)** |
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $10,387.50 | $10,387.50 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Erickson, Jerome P**

REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,457.63 | $1,457.63 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Esquivel, Ivan**

REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $584.60 | $584.60 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Estrada Alvarez, Jonni**

REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $5,900.79 | $5,900.79 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Estrada, Antonio**

REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $192.48  $192.48 |
| | **Faleafaga, Tipaula** | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $2,136.15  $2,136.15 |
| | **Fernandez, Luis** | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $4,385.93  $4,385.93 |
| | **Ferrara, Damon** | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $5,504.49  $5,504.49 |
| | **Galbraith, Michael A** | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **ASTECH Engineered Products, Inc.** | | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, he claim is:<br>Check all that apply. | $5,842.83 | $5,842.83 |
|---|---|---|---|---|
| | **Garcia, Hector**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, he claim is:<br>Check all that apply. | $885.39 | $885.39 |
|---|---|---|---|---|
| | **Garcia, Xavier**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, he claim is:<br>Check all that apply. | $12,642.91 | $12,642.91 |
|---|---|---|---|---|
| | **Gelle, Leslie S**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, he claim is:<br>Check all that apply. | $1,919.07 | $1,919.07 |
|---|---|---|---|---|
| | **Godinez, Jose**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,563.48 | $1,563.48 |
|---|---|---|---|---|

**Gonzalez, Jesse**

REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $689.15 | $689.15 |
|---|---|---|---|---|

**Gonzalez, Luis**

REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $21,165.81 | $15,150.00 |
|---|---|---|---|---|

**Gulyas, Scott R**

REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $3,225.30 | $3,225.30 |
|---|---|---|---|---|

**Gutierrez, Frank**

REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **ASTECH Engineered Products, Inc.** _____    Case number (if known)    **22-10635 (BLS)**
          Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $3,332.77 | $3,332.77 |
|------|--------|--------|--------|--------|

**Guzman, Karina**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $9,959.49 | $9,959.49 |
|------|--------|--------|--------|--------|

**Ha, David**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $3,196.73 | $3,196.73 |
|------|--------|--------|--------|--------|

**Hall, Mark**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,585.82 | $1,585.82 |
|------|--------|--------|--------|--------|

**Harris, Shannon**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ASTECH Engineered Products, Inc.** | | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $3,926.14 | $3,926.14 |
|---|---|---|---|---|

**Hinkley, Edwin**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,960.56 | $1,960.56 |
|---|---|---|---|---|

**Hinkley, Spenser**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $9,382.66 | $9,382.66 |
|---|---|---|---|---|

**Hoang, Binh**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $11,480.63 | $11,480.63 |
|---|---|---|---|---|

**Jacobs, Susan E**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $10,500.00 | $10,500.00 |
|---|---|---|---|---|
| | **King, Antonio** | *Check all that apply.* | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $19,252.60 | $15,150.00 |
|---|---|---|---|---|
| | **Lalonde, Suzanne M** | *Check all that apply.* | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $9,114.85 | $9,114.85 |
|---|---|---|---|---|
| | **Little, Joseph P** | *Check all that apply.* | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $3,112.60 | $3,112.60 |
|---|---|---|---|---|
| | **Ly, Ngoc** | *Check all that apply.* | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor    **ASTECH Engineered Products, Inc.**                                    Case number (if known)    **22-10635 (BLS)**
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $773.10 | $773.10 |
|---|---|---|---|---|

**Martinez, Ivan**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $4,226.79 | $4,226.79 |
|---|---|---|---|---|

**Martinez, Kenneth**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,248.84 | $1,248.84 |
|---|---|---|---|---|

**Martinez, Nicholas**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $20,919.43 | $15,150.00 |
|---|---|---|---|---|

**May, Ricky L**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

Debtor    **ASTECH Engineered Products, Inc.**    Case number (if known)    **22-10635 (BLS)**
_____
Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $32,587.52 | $15,150.00 |

**McConnell, Kevin J**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,898.25 | $1,898.25 |

**Mendez, Jessie**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $608.64 | $608.64 |

**Mendez, Luis**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $6,092.40 | $6,092.40 |

**Moore, Denea M**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $2,648.59 | $2,648.59 |
|---|---|---|---|---|

**Ngu, Danny**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $8,974.32 | $8,974.32 |
|---|---|---|---|---|

**Nguyen, Anthony**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,601.74 | $1,601.74 |
|---|---|---|---|---|

**Nguyen, Duy**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $2,218.75 | $2,218.75 |
|---|---|---|---|---|

**Nguyen, Henry**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $4,545.46 | $4,545.46 |
|---|---|---|---|---|

**Nguyen, Johnny**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $2,433.60 | $2,433.60 |
|---|---|---|---|---|

**Nguyen, Khoa**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $8,983.74 | $8,983.74 |
|---|---|---|---|---|

**Nguyen, Vy**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $38.53 | $38.53 |
|---|---|---|---|---|

**Ontiveros, Louis**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Debtor   **ASTECH Engineered Products, Inc.**                          Case number (if known)   **22-10635 (BLS)**
_____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $15,473.27 | $15,150.00 |

**Pajari, Matti G**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $0.00 | $0.00 |

**Patton, Kenneth**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $20,775.65 | $15,150.00 |

**Paynter, William J**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $3,967.94 | $3,967.94 |

**Perez, Israel**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$9,463.60** | **$9,463.60** |
|---|---|---|---|---|

**Pham, Johnny**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$2,512.24** | **$2,512.24** |
|---|---|---|---|---|

**Pham, Taylor**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$10,800.73** | **$10,800.73** |
|---|---|---|---|---|

**Precht, David W**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$6,244.21** | **$6,244.21** |
|---|---|---|---|---|

**Quach, James**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $2,272.87 | $2,272.87 |
|---|---|---|---|---|
| | **Ramirez, Ramon** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $7,051.75 | $7,051.75 |
|---|---|---|---|---|
| | **Rasmussen, John** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,783.00 | $1,783.00 |
|---|---|---|---|---|
| | **Reyes, Gabriel** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,313.32 | $1,313.32 |
|---|---|---|---|---|
| | **Reyes, Jose** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

Debtor    **ASTECH Engineered Products, Inc.**                                    Case number (if known)    **22-10635 (BLS)**

Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $8,555.62 | $8,555.62 |
|------|---|---|---|---|

**River, Colleen P**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $9,101.49 | $9,101.49 |
|------|---|---|---|---|

**River, Kindra M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $5,546.01 | $5,546.01 |
|------|---|---|---|---|

**Roche, Gina**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $2,466.36 | $2,466.36 |
|------|---|---|---|---|

**Rosales, Isidro**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $5,891.55 | $5,891.55 |
|---|---|---|---|---|
| | **Rosales, Santos** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $913.29 | $913.29 |
|---|---|---|---|---|
| | **Sierra, Cesar** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $17,881.08 | $15,150.00 |
|---|---|---|---|---|
| | **Sridharan, Vikram K** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $7,618.15 | $7,618.15 |
|---|---|---|---|---|
| | **Sueme, Donald R** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $908.52 | $908.52 |
|---|---|---|---|---|

**Torres, Ruben**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $6,876.91 | $6,876.91 |
|---|---|---|---|---|

**Tran, Nam**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,784.97 | $1,784.97 |
|---|---|---|---|---|

**Vargas, Doris**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $6,659.04 | $6,659.04 |
|---|---|---|---|---|

**Varillas, Alejandro**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $193.47 | $193.47 |
|---|---|---|---|---|

**Venegas, Aaron**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $9,674.65 | $9,674.65 |
|---|---|---|---|---|

**Vu, Khue**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $9,249.91 | $9,249.91 |
|---|---|---|---|---|

**Warrington, Todd**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $2,341.32 | $2,341.32 |
|---|---|---|---|---|

**Youngblood, Henry**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,364.40 | $1,364.40 |
|---|---|---|---|---|

**Zahlane, William**

REDACTED

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- [ ] Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**4CLOUD, LLC**
**1720 WINDWARD CONCOURSE**
**SUITE 100**
**Alpharetta, GA 30005**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No [ ] Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,188.00 |
|---|---|---|---|

**A & S ENVIRONMENTAL MGMT**
**ANDORA SPRECHER**
**5986 REDONDO DRIVE**
**Bonsall, CA 92003**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No [ ] Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,174.80 |
|---|---|---|---|

**A T & T**
**c/o Bankruptcy**
**4331 Communications Dr, FL 4W**
**Dallas, TX 75211**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9748;2677**

Is the claim subject to offset? ☑ No [ ] Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,386.60 |
|---|---|---|---|

**A T & T Business Services**
**208 S Akard St**
**Dallas, TX 75202**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No [ ] Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,241.20 |
|---|---|---|---|

**ADVANCED CHEMICAL TRANS INC.**
**WALTER SINGER**
**13250 PIERCE RD**
**Saratoga, CA 95070**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No [ ] Yes

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,777.70** |
|---|---|---|---|

**AIRGAS USA, LLC.**
**AIRGAS, INC.**
**C T CORPORATION SYSTEM**
**330 N BRAND BLVD, STE 700**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$384.30** |
|---|---|---|---|

**ALONTI CATERING**
**1210 W. CLAY STREET SUITE 17**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$585.00** |
|---|---|---|---|

**AMADA AMERICA**
**7025 Firestone Blvd.**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,235.00** |
|---|---|---|---|

**AMERICAN GAGE**
**RSA INDUSTRIES INC**
**1131 S. RICHFIELD RD**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,644.20** |
|---|---|---|---|

**ARAMARK REFRESHMENTS SERVS**
**2400 Market Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,579.30** |
|---|---|---|---|

**ARBO BOX, INC.**
**2900 SUPPLY AVE.**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$511.70** |
|---|---|---|---|

**ASTRO ALUMINUM TREATING INC**
**11040 Palmer Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,225.80 |
|---|---|---|---|
| | **ATI FLAT ROLLED PROD. HLDG LLC** | ☐ Contingent | |
| | **C T CORPORATION SYSTEM** | ☐ Unliquidated | |
| | **208 SO LASALLE ST, STE 814** | ☐ Disputed | |
| | **Chicago, IL 60604** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,279.30 |
|---|---|---|---|
| | **ATLAS TESTING LABORATORIES,INC** | ☐ Contingent | |
| | **9820 6TH STREET** | ☐ Unliquidated | |
| | **Rancho Cucamonga, CA 91730** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,336.00 |
|---|---|---|---|
| | **BARNES AEROSPACE DESIGN OGDEN DIV.** | ☐ Contingent | |
| | **1025 S Depot DR** | ☐ Unliquidated | |
| | **Ogden, UT 84404** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $801.50 |
|---|---|---|---|
| | **BAY CITY INDUSTRIAL SUPPLY** | ☐ Contingent | |
| | **THOMPSON & PHIPPS, INC.** | ☐ Unliquidated | |
| | **3945 E. LA PALMA AVENUE** | ☐ Disputed | |
| | **Anaheim, CA 92807** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,972.50 |
|---|---|---|---|
| | **BUDS AIR COMPRESSOR CO, INC.** | ☐ Contingent | |
| | **1301 E. BURNETT ST.** | ☐ Unliquidated | |
| | **Signal Hill, CA 90755** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,073.00 |
|---|---|---|---|
| | **CADENCE AEROSPACE-QFI OPS** | ☐ Contingent | |
| | **QUALITY FORMING, LLC.** | ☐ Unliquidated | |
| | **22906 FRAMPTON AVE.** | ☐ Disputed | |
| | **Torrance, CA 90501** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $154.80 |
|---|---|---|---|
| | **CARR-LANE MFG** | ☐ Contingent | |
| | **4200 CARR LANE CT** | ☐ Unliquidated | |
| | **PO BOX 191970** | ☐ Disputed | |
| | **Saint Louis, MO 63119** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,082.50 |
|---|---|---|---|
| | **CERTIFIED TEMPERATURE CALIB.**<br>**ERIC KISSINGER**<br>**12637 HOOVER ST**<br>**Garden Grove, CA 92841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,129.10 |
|---|---|---|---|
| | **CHEM PRO LABORATORY, INC.**<br>**941 W 190TH STREET**<br>**Gardena, CA 90248-4398** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,887.50 |
|---|---|---|---|
| | **CHEMCO PRODUCTS CO**<br>**6401 E ALONDRA BLVD**<br>**Paramount, CA 90723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $927.20 |
|---|---|---|---|
| | **DIVVY**<br>**13707 S 200 W., STE 100**<br>**Draper, UT 84020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,530.00 |
|---|---|---|---|
| | **DOX CALIBRATION**<br>**9766 Rollin Rd**<br>**Willoughby, OH 44094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,852.00 |
|---|---|---|---|
| | **DUCOMMUN AEROSTRUCTURES**<br>**90 248, 268 E GARDENA BLVD**<br>**Gardena, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,280.00 |
|---|---|---|---|
| | **E CHEM**<br>**4891 E. MAYCHELLE DR.**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ASTECH Engineered Products, Inc. | | Case number (if known) | 22-10635 (BLS) |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,600.00 |
|---|---|---|---|
| | **ELECTRO-TECH MACHINING**<br>**2000 W Gaylord St**<br>**Long Beach, CA 90813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.10 |
|---|---|---|---|
| | **ELEMENT MATERIALS TECH HB**<br>**15062 BOLSA CHICA**<br>**Huntington Beach, CA 92649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,000.00 |
|---|---|---|---|
| | **ELEMENT MATERIALS TECH INC. RD**<br>**1628 Northwood**<br>**Troy, MI 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,409.00 |
|---|---|---|---|
| | **ERNEST PAPER PRODUCTS INC.**<br>**5777 SMITHWAY ST**<br>**Commerce, CA 90040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,227.50 |
|---|---|---|---|
| | **EVOQUA WATER TECHNOLOGIES**<br>**28563 NETWORK PLACE**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.50 |
|---|---|---|---|
| | **EXIM ENGINEERING INC.**<br>**2200 E. WINSTON ROAD**<br>**Anaheim, CA 92806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |
|---|---|---|---|
| | **EXPRESS METAL AEROSPACE INC.**<br>**2908 W. PENDLETON**<br>**Santa Ana, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,571.40** |
|---|---|---|---|

**EXXON MOBIL CORP**
**8725 W. Sahara**
**The Lakes, NV 89163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$526,042.00** |
|---|---|---|---|

**FRISA AEROSPACE**
**GLOBAL CORPORATE ADVISORS INC.**
**1013 CENTRE ROAD, STE 403S**
**Wilmington, DE 19805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,876.30** |
|---|---|---|---|

**FULLERTON ELECTRIC**
**DONALD F. HOLLY AND SON, INC**
**209 S. RICHMAN AVE.**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,102.80** |
|---|---|---|---|

**GEOCORP INDUSTRIAL CONTROLS**
**9010 RIVER RD**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,232,302.00** |
|---|---|---|---|

**GKN**
**1150 W BRADLEY AVE**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  assumed liabilities/unsecured trade receivables

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,318.20** |
|---|---|---|---|

**GKN Aerospace Services Ltd UK**
**One Central Boulevard**
**Blythe Valley Park, 2nd Fl**
**Shirley, Solihull, B90 8BG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153,958.00** |
|---|---|---|---|

**GKN CHEM-TRONICS RU2012**
**1150 W BRADLEY AVE**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | Case number *(if known)* | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $219,185.80 |
|---|---|---|---|
| | **GRAINGER, INC. (SANTA ANA)** | ☐ Contingent | |
| | **100 Grainger Pkwy** | ☐ Unliquidated | |
| | **14441 West Illinois Route 60** | ☐ Disputed | |
| | **Lake Forest, IL 60045** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,659.00 |
|---|---|---|---|
| | **HANMAR CORPORATION** | ☐ Contingent | |
| | **11441 BREADLEY AVENUE** | ☐ Unliquidated | |
| | **Pacoima, CA 91331** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,457.10 |
|---|---|---|---|
| | **HAYNES INTERNATIONAL, INC.** | ☐ Contingent | |
| | **35082 EAGLE WAY** | ☐ Unliquidated | |
| | **Chicago, IL 60678-1350** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,828.00 |
|---|---|---|---|
| | **HOSKINS EQUIPMENT LLC** | ☐ Contingent | |
| | **1000 South Leslie** | ☐ Unliquidated | |
| | **La Habra, CA 90631** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,102.50 |
|---|---|---|---|
| | **HUFFMAN ENGINEERING, INC** | ☐ Contingent | |
| | **578 S. STATE COLLEGE BLVD.** | ☐ Unliquidated | |
| | **Fullerton, CA 92831** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $661.00 |
|---|---|---|---|
| | **IHS** | ☐ Contingent | |
| | **15 Inverness Way East** | ☐ Unliquidated | |
| | **Englewood, CO 80112** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.50 |
|---|---|---|---|
| | **INDESTRUCTIBLE PAINT, INC.** | ☐ Contingent | |
| | **One Independence Drive** | ☐ Unliquidated | |
| | **Monroe, CT 06468** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |

Name

---

**3.48**

**Nonpriority creditor's name and mailing address**

**IPSEN**
**FILE 1111**
**1801 W. OLYMPIC BLVD.**
**Pasadena, CA 91199**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$18,630.10**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**IRON MOUNTAIN**
**1 Federal St**
**Boston, MA 02110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,574.50**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**IRVINE PIPE & SUPPLY**
**2501 SOUTH MAIN STREET**
**Santa Ana, CA 92707**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,738.10**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**IRVINE RANCH WATER DISTRICT**
**15600 SAND CANYON AVE**
**Irvine, CA 92619**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$178.30**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**JAYCO ENGINEERING, INC.**
**1968 E. MCFADDEN AVENUE**
**Santa Ana, CA 92705**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12,891.50**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**JPR-HUTCHINSON AEROSPACE**
**22 RUE ANDRE DUROUCHEZ**
**80115 AMIENS**
**FRANCE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$77,057.30**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**KONICA MINOLTA SOLUTIONS**
**DEPT. LA 22988**
**Pasadena, CA 91185**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$416.00**

---

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |

Name

---

**3.55**

**Nonpriority creditor's name and mailing address**
**LASER INDUSTRIES, INC.**
**1351 MANHATTAN AVE.**
**Fullerton, CA 92831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95,750.30**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**LAWSON PRODUCTS, INC.**
**RICHARD D. PUFPAF**
**8770 W BRYN MAWR, STE 900**
**Chicago, IL 60631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$377.50**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**M & R ENGINEERING**
**227 EAST MEATS AVENUE**
**Orange, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,750.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**M P M PRODUCTS INC.**
**1718 E. GREVILLEA CT**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,404.60**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**MCMASTER CARR**
**C T CORPORATION SYSTEM**
**208 SO LASALLE ST**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,458.90**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**MESHWRX**
**501 W. SOUTHERN AVE.**
**Orange, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**MONODE MARKING PRODUCTS INC**
**9200 TYLER BLVD.**
**Mentor, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

| Debtor | ASTECH Engineered Products, Inc. | Case number (if known) | 22-10635 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address
**MORSON INTERNATIONAL**
10800 GOSLING RD.
BOX #131565
Spring, TX 77393

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$399,600.60**

---

**3.63** | Nonpriority creditor's name and mailing address
**MOTION INDUSTRIES**
1605 Alton Rd.
Birmingham, AL 35210

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$918.70**

---

**3.64** | Nonpriority creditor's name and mailing address
**MSC INDUSTRIAL SUPPLY CO INC**
515 Broadhollow Road, STE 1000
Melville, NY 11747

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,167.50**

---

**3.65** | Nonpriority creditor's name and mailing address
**MUTUAL PROPANE**
MUTUAL LIQUID GAS & EQ, INC.
17117 S. BROADWAY
Gardena, CA 90248

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$638.20**

---

**3.66** | Nonpriority creditor's name and mailing address
**ORANGE COUNTY SANITATION**
10844 ELLIS AVE
Fountain Valley, CA 92708

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$857.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**PCC-SCHLOSSER**
PCC STRUCTURALS, INC.
NATIONAL REGISTERED AGENTS, INC.
330 N BRAND BLVD STE 700
Glendale, CA 91203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$32,132.90**

---

**3.68** | Nonpriority creditor's name and mailing address
**PDS TECH, INC.**
COGENCY GLOBAL INC.
600 SOUTH SECOND ST, STE 404
Springfield, IL 62704

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,035.60**

---

| Debtor | ASTECH Engineered Products, Inc. | Case number (if known) | 22-10635 (BLS) |
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,640.20 |
| | **PLASMA TECHNOLOGY INC**<br>**1754 CRENSHAW BLVD**<br>**Torrance, CA 90501-3311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,722.20 |
| | **PRATT & WHITNEY**<br>**400 Main Street East**<br>**East Hartford, CT 06118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.70 |
| | **PRAXAIR DISTRIBUTION INC**<br>**THE PRENTICE-HALL CORPORATION**<br>**SYSTEM**<br>**2710 GATEWAY OAKS DR, STE 150N**<br>**Sacramento, CA 95833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,110.00 |
| | **PRECISION AEROSPACE CORP.**<br>**11155 JERSEY BLVD. STE. A**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,203.00 |
| | **PRECISION MACHINED PROD LLC**<br>**1017 SMITHFIELD DRIVE**<br>**Fort Collins, CO 80524** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,950.00 |
| | **PRISM AEROSPACE**<br>**3087 12TH STREET**<br>**Riverside, CA 92507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
| | **PRUDENTIAL OVERALL SUPPLY**<br>**JANA COMER**<br>**1661 ALTON PARKWAY**<br>**Irvine, CA 92606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ASTECH Engineered Products, Inc. | Case number (if known) | 22-10635 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,882.10 |
|---|---|---|---|

**QUALITY GRINDING CO.,INC.**
**CORNEL FECEU**
**6800 CABALLERO BLVD**
**Buena Park, CA 90620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.60 |
|---|---|---|---|

**RICOH USA, INC.**
**C T CORPORATION SYSTEM**
**330 N BRAND BLVD**
**Glendale, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.10 |
|---|---|---|---|

**SIMS-ORANGE WELDING SUPPLY**
**NEAL D. BROWN**
**1322 EAST BORCHARD**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,048.60 |
|---|---|---|---|

**SINGLE SOURCE TECHNOLOGIES**
**MAKINO INC**
**DEPT. CH 16443**
**Palatine, IL 60055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,435.00 |
|---|---|---|---|

**SOUTHERN CA CARBIDE**
**2830 VIA ORANGE WAY**
**SUITE D**
**Spring Valley, CA 91978**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**SOUTHERN CAL SHREDDING, INC.**
**20492 CRESCENT BAY DRIVE #112**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.30 |
|---|---|---|---|

**ST CLAIRE ENTERPRISES**
**PMB 101**
**1717 E. VISTA CHINO #A7**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ASTECH Engineered Products, Inc.** | Case number (if known) | **22-10635 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address
**STANLEY CONVERGENT SECURITY**
8350 Sunlight Drive
Fishers, IN 46037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,594.80**

---

**3.84** | Nonpriority creditor's name and mailing address
**STAPLES BUSINESS ADVANTAGE**
500 Staples Drive
Framingham, MA 01702

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,531.70**

---

**3.85** | Nonpriority creditor's name and mailing address
**TALENTCORE, INC.**
3429 LOMAS SERENAS DRIVE
Escondido, CA 92029

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95,631.00**

---

**3.86** | Nonpriority creditor's name and mailing address
**TFS COMMERCIAL FINANCE**
**TOYOTA MOTOR CREDIT CORP**
6565 Headquarters Dr
Plano, TX 75024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,866.20**

---

**3.87** | Nonpriority creditor's name and mailing address
**TIMET METALS CORP**
4832 Richmond Rd
Warrensville Heights, OH 44128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$422,293.80**

---

**3.88** | Nonpriority creditor's name and mailing address
**TW METALS INC.**
760 CONSTRUCTION DRIVE
PO BOX 644
Exton, PA 19341-0644

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$186.40**

---

**3.89** | Nonpriority creditor's name and mailing address
**ULBRICH OF CA**
8570 Mercury Lane
Pico Rivera, CA 90660

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,289.90**

---

Debtor **ASTECH Engineered Products, Inc.**

Name

Case number (if known) **22-10635 (BLS)**

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $389.20 |
|---|---|---|---|

**UNIFIRST CORPORATION**
**PRENTICE HALL CORPORATION SYS**
**211 E 7TH STREET, STE 620**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,863.80 |
|---|---|---|---|

**UNITED PERFORMANCE METALS**
**14941 E. Northam Street**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,367.20 |
|---|---|---|---|

**UNITED STATES WELDING CORP.**
**3579 HIGHWAY 50 EAST #104**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,065.00 |
|---|---|---|---|

**UNIVAR USA INC**
**3075 Highland Pkwy Ste 200**
**DOWNERS GROVE, IL 60615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**UNIVERSAL NDT, INC.**
**1844 W. 11TH STREET, UNIT F**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.60 |
|---|---|---|---|

**US AIRTOOL CO INC**
**60 FLEETWOOD CT.**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**US CALIBRATION**
**17922 SKY PARK CIRCLE  SUITE N**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ASTECH Engineered Products, Inc. | Case number (if known) | 22-10635 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,649.30 |
|---|---|---|---|

**VERTECHS ENTERPRISES, INC.**
**400 RALEIGH AVE.**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,255.00 |
|---|---|---|---|

**VFS FIRE PROTECTION SERVICES**
**501 WEST SOUTHERN AVENUE**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,673.80 |
|---|---|---|---|

**VOLT**
**2401 N. Glassell St.**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,267.70 |
|---|---|---|---|

**WELLS FARGO VENDOR FINANCIAL SVCS**
**101 CALIFORNIA STREET**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,706.70 |
|---|---|---|---|

**WESCO AIRCRAFT, INC.**
**C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE 900**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,317.30 |
|---|---|---|---|

**WIELAND METAL SERVICES**
**5100 S. ARCHIBALD AVE.**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **ASTECH Engineered Products, Inc.**
          —————————————————————————————
          Name

Case number (*if known*)    **22-10635 (BLS)**
          —————————————————————————————

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 523,730.78 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,128,051.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,651,782.28 |