UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASTECH ENGINEERED PRODUCTS, INC.<br><br>Debtor. | Chapter 11 (Subchapter V)<br>Case No. 22-10635 (BLS) |

### NOTICE OF APPEARANCE, REQUEST FOR SPECIAL SERVICE OF PAPERS AND INCLUSION IN NEF ELECTRONIC SERVICE LIST

**PLEASE TAKE NOTICE** that the attorneys listed below at Winthrop Golubow Hollander, LLP, hereby enter their appearances (this "Notice of Appearance") as counsel to John Esterhay ("Esterhay"), a creditor in the above captioned chapter 11 case, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. Sections 102(1), 342, and 1109(b), and request that all notices given or required and all papers served or required to be served in this case be delivered to and served upon the attorneys identified below at the following address:

| | |
|---|---|
| Marc J. Winthrop, Esq. (CA Bar No. 63218)<br>Peter W. Lianides, Esq. (CA Bar No. 160517)<br>**WINTHROP GOLUBOW HOLLANDER, LLP**<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile: (949) 720-4111<br>mwinthrop@wghlawyers.com<br>plianides@wghlawyers.com | Julie Trotter, Esq. (CA Bar No. 209675)<br>Chris C. Scheithauer, Esq. (CA Bar No. 184798)<br>**CALL & JENSEN, APC**<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660<br>Telephone: (949) 717-3000<br>jtrotter@calljensen.com<br>cscheithauer@calljensen.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy

Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtor or its property or Esterhay.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive: (1) Esterhays' right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court judge; (2) Esterhays' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to the case; (3) Esterhays' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which Bartels may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Bartels expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above referenced attorneys be added to the master mailing list and the NEF electronic notice list for the above-referenced case.

DATED: September 14, 2022    **WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ Peter W. Lianides*
    Marc J. Winthrop, Esq.
    Peter W. Lianides, Esq.
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500, Newport Beach, CA 92660
Telephone: (949) 720-4100 / Facsimile: (949) 720-4111
Email: mwinthrop@wghlawyers.com
Email: plianides@wghlawyers.com

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1301 Dove Street, Suite 500 Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEARANCE, REQUEST FOR SPECIAL SERVICE OF PAPERS AND INCLUSION IN NEF ELECTRONIC SERVICE LIST** will be served or was served in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Derek C. Abbott**    dabbott@mnat.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Ryan M. Bartley**    bankfilings@ycst.com
- **Marla S. Benedek**    mbenedek@cozen.com, sshidner@cozen.com;marla-benedek-0597@ecf.pacerpro.com
- **Linda J. Casey**    Linda.Casey@usdoj.gov
- **Joshua W. Cohen**    jwcohen@daypitney.com, apetranek@daypitney.com
- **Susan M. Cook**    smcook@wnj.com
- **Erin R Fay**    efay@bayardlaw.com, kmccloskey@bayardlaw.com
- **Paula A. Hall**    hall@bwst-law.com, marbury@bwst-law.com
- **Thomas M. Horan**    thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com
- **Joseph H. Huston**    jhh@stevenslee.com, anna.keane@stevenslee.com
- **David M. Klauder**    dklauder@bk-legal.com
- **Matthew Barry Lunn**    bankfilings@ycst.com
- **Marcy J. McLaughlin Smith**    Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **Michael R. Nestor**    bankfilings@ycst.com
- **Sean T. Scott**    stscott@mayerbrownrowe.com, mwargin@mayerbrownrowe.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Matthew E. Wilkins**    wilkins@bwst-law.com, marbury@bwst-law.com

2.  **SERVED BY UNITED STATES MAIL**: On **September , 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 14, 2022 | Silvia Villegas | /s/ Silvia Villegas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |