**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>ASTECH Engineered Products, Inc.,<br><br>Debtor. | Chapter 11<br>Case No. 22-10635-BLS<br>Re: 318 and 324 |

**TOYOTA INDUSTRIES COMMERICAL FINANCE, INC.'S LIMITED OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Toyota Industries Commercial Finance, Inc. ("Toyota"), by and through its undersigned counsel, hereby limitedly objects to the Order Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Docket No. 318) and Notice of Auction and Sale (Docket No. 324) and in support thereof, states:

1. Toyota entered into a Master Lease Agreement with GKN Aerospace Chem-Tronics, Inc. dated July 3, 2012, along with a series of fourteen (14) Equipment Schedules which covered a total of third-four (34) forklifts.

2. In March 2022, the Chapter 11 Debtor acquired the assets of GKN Aerospace Chem-Tronics, Inc., including the leased forklifts with Toyota.

3. Debtor filed its Chapter 11 bankruptcy petition on July 15, 2022.

4. Debtor filed a Motion to sell substantially all of its assets on December 20, 2022 and established bidding procedures whereby a stalking horse bidder will be identified and bidders will then be able to identify the leases and executory contracts they wish to take assignment of.

5. Toyota's policy regarding assumption and assignment of its leases in a Chapter 11 requires that any bidder wishing to take assignment of leases must complete a credit application for Toyota Industries Financial, Inc. and must be approved for credit.

**WHEREFORE**, Toyota Industries Commercial Finance, Inc. prays that the assumption and assignment of Toyota's leases is not approved unless the prevailing bidder is approved for credit with Toyota.

McCABE, WEISBERG & CONWAY, LLC

*/S/ Chase N. Miller*

Janet Z. Charlton, Esquire (No. 2797)
Email: JCharlton@mwc-law.com
Chase N. Miller, Esquire (No. 5363)
Email: ChaseMiller@mwc-law.com
1415 Foulk Road, Suite 100
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor

DATED: March 7, 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>ASTECH Engineered Products, Inc.,<br><br>Debtor. | Chapter 11<br>Case No. 22-10635-BLS |

**CERTIFICATE OF SERVICE**

I, Chase N. Miller, hereby certify that on March 7, 2023, I caused to be served a copy of the **OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN** upon the following at the addresses indicated below:

ASTECH Engineered
Products, Inc.
3030 Red Hill Avenue
Santa Ana, CA 92705
Via USPS

Ira Bodenstein
Cozen O'Connor
123 North Wacker Drive,
Suite 1800
Chicago, IL 60606
Via CM/ECF

Thomas M. Horan
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Via CM/ECF

Steve M. Ribiat
BROOKS WILKINS
SHARKEY & TURCO
PLLC

David M. Klauder
Bielli & Klauder LLC
1204 N. King Street
Wilmington, DE 19801
Via CM/ECF

Joshua W. Cohen
Day Pitney LLP
195 Church Street
15th Floor
New Haven, CT 06510
Via CM/ECF

Julie L. Kosovec
BROOKS WILKINS SHARKEY
& TURCO PLLC
401 S. Old Woodward, Suite 400
Birmingham, MI 48009
Via CM/ECF

Brian L Shaw
Cozen O'Connor
123 N Wacker Drive
Suite 1800
Chicago, IL 60606

Marla S. Benedek
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Via CM/ECF

Paula A. Hall
Brooks Wilkins Sharkey &
Turco PLLC
401 S. Old Woodward Avenue
Suite 400
Birmingham, MI 48009
Via CM/ECF

Steve M. Ribiat
BROOKS WILKINS SHARKEY
& TURCO PLLC
401 S. Old Woodward, Suite 400
Birmingham, MI 48009
Via CM/ECF

Matthew E. Wilkins
Brooks Wilkins Sharkey & Turco
PLLC

401 S. Old Woodward,
Suite 400
Birmingham, MI 48009
Via CM/ECF

Via CM/ECF

401 S. Old Woodward Avenue
Suite 400
Birmingham, MI 48009
CM/ECF

Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Via CM/ECF

McCABE, WEISBERG & CONWAY, LLC

*/S/ Chase N. Miller*

Janet Z. Charlton, Esquire (No. 2797)
Email: JCharlton@mwc-law.com
Chase N. Miller, Esquire (No. 5363)
Email: ChaseMiller@mwc-law.com
1415 Foulk Road, Suite 100
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor