# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASTECH ENGINEERED PRODUCTS, INC.<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-10635 (BLS)<br><br>**Objection Deadline: June 21, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: June 28, 2023 at 10:30 a.m. (ET)** |

## SECOND INTERIM APPLICATION OF DAVID M. KLAUDER, THE SUBCHAPTER V TRUSTEE, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED, FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant: | David M. Klauder, Subchapter V Trustee |
| Date of Appointment: | July 18, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through March 31, 2023 |
| Total amount of compensation sought as actual, reasonable, and necessary: | $45,280.00 |
| Total amount of expenses sought as actual, reasonable, and necessary: | $8,680.05 |

This is an ☒ interim   ☐ final application

Summary of monthly fee applications for interim/final fee period: N/A

| Name of Professional | Position, Area of Expertise, Number of Years in that Position, Year Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David M. Klauder | Partner, Joined Firm in 2015, Member of DE Bar since 2012, Area of Expertise: Bankruptcy | $400.00 | 111.70 | $44,680.00 |
| Brooke N. Hoffmann | Legal Assistant<br>Joined Firm in 2022 | $150.00 | 4.00 | $600.00 |

**SECOND INTERIM COMPENSATION BY PROJECT CATEGORY**

**January 1, 2023 through March 31, 2023**

| Project Category | Hours | Amount |
|---|---|---|
| B110 - Case Administration | 11.80 | $3,970.00 |
| B120 – Asset Analysis and Recovery | 0.20 | $80.00 |
| B130 – Asset Disposition | 51.40 | $20,560.00 |
| B185 – Assumption/Rejections of Leases and Contracts | 0.80 | $320.00 |
| B220 – Employee Benefits/Pensions | 0.20 | $80.00 |
| B235 - Litigation | 39.60 | $15,840.00 |
| B245 - Hearings | 8.40 | $3,360.00 |
| B310 – Claims Administration and Objections | 0.20 | $80.00 |
| [ALL] Non-BK Retention and Fee Applications | 1.10 | $440.00 |
| [ALL] BK Retention and Fee Applications | 2.00 | $550.00 |
| **TOTAL FEES REQUESTED** | **115.70** | **$45,280.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Expense Summary |
|---|---|---|
| E108 – Postage | Overnight FedEx | $55.05 |
| E124 – Other | International Sureties, LTD - Premium Due Chap 11 Sub V Trustee Bond Premium - Bond #016239338 | $8,625.00 |
| **Total:** | | **$8,680.05** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ASTECH ENGINEERED PRODUCTS, INC. <br><br> Debtor. | Chapter 11 (Subchapter V) <br><br> Case No. 22-10635 (BLS) <br><br> **Objection Deadline: June 21, 2023 at 4:00 p.m. (ET)** <br> **Hearing Date: June 28, 2023 at 10:30 a.m. (ET)** |

**SECOND INTERIM APPLICATION OF DAVID M. KLAUDER, THE SUBCHAPTER V TRUSTEE, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED, FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023**

Pursuant to, *inter alia*, sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), David M. Klauder, the Subchapter V Trustee (the "Trustee") for the bankruptcy estates (the "Bankruptcy Estates") of ASTECH Engineered Products, Inc. (the "Debtor"), hereby files this *Second Interim Application of David M. Klauder, the Subchapter V Trustee, for Compensation for Services Rendered and Reimbursement of Expenses Incurred, for the Period from January 1, 2023 Through March 31, 2023* (the "Application"). By the Application, the Trustee seeks an interim allowance with respect to the total sum of $45,280.00 as compensation, and $8,680.05 as reimbursement of necessary and actual expenses, for the period from January 1, 2023, through and including March 31, 2023, (the "Interim Compensation Period"). In support of this Application, the Trustee respectfully represents as follows:

3

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Procedures Order entered in these cases.

## PROCEDURAL BACKGROUND

3. On July 15, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

4. On July 18, 2022 the United States Trustee appointed David M. Klauder as the Subchapter V Trustee for these cases.

## RELIEF REQUESTED

5. The Trustee submits this Application for interim allowance of reasonable compensation for actual, reasonable, and necessary professional services that he rendered as Trustee in this case during the Interim Compensation Period.

6. Also, for the Interim Compensation Period, The Trustee seeks reimbursement of $8,680.05 in actual and necessary expenses.

## INTERIM APPLICATION PERIOD

| NAME | HOURS | HOURLY RATE |
|---|---|---|
| David M. Klauder | 111.70 | $400.00 |
| Brooke N. Hoffmann | 4.00 | $150.00 |

This is the Trustee's normal hourly rate for work of this character. The reasonable value of the services rendered by the Trustee for the Bankruptcy Estate during the Interim Compensation Period is $45,280.00. The Application contains detailed time entries describing the actual and necessary services provided and expenses incurred by the Trustee during the Interim Compensation Period, which is attached hereto as <u>Exhibit A.</u>

7.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by the Trustee are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.  Moreover, the Trustee submits that this Application is compliant with Local Rule 2016-2.

## **<u>NOTICE</u>**

8.  The Trustee shall provide notice of this Application on the date hereof via U.S. first class mail to: (i) the Office of the United States Trustee for the District of Delaware; and (ii) all parties who filed a request for service of notices under Bankruptcy Rule 2002. The Subchapter V Trustee submits that no further notice is necessary under the circumstances.

WHEREFORE, the Trustee respectfully requests that the Court authorize that for the period January 1, 2023 through March 31, 2023, (i) an interim allowance be made to the Trustee with respect to the sum of $45,280.00 for compensation rendered, and $8,680.05 for reimbursement of actual and necessary costs and expenses; (ii) and that such sums be authorized for payment; and (iii) for such other and further relief as this Court may deem just and proper.

Dated: June 1, 2023  **BIELLI & KLAUDER, LLC**
      Wilmington, DE

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
dklauder@bk-legal.com

*Subchapter V Trustee*