# Exhibit A

## Liquidation Analysis

| Liquidation Under Chapter 7 | | Liquidation Under Plan | |
|---|---|---|---|
| Counsel Fees | $575k – $625k | Counsel Fees | $500k |
| Financial Advisor | $50k – $75k | Payroll, Management | $75k – $100k |
| Trustee Statutory % | $125k | Sub V Trustee | $50k |
| Total | $750k – $825k | Total | $625k – $650k |
| Cash Available for Creditors | $3,765k – $3,690k | Cash Available for Creditors | $3,890k – $3,865k |

# **Exhibit B**

## Class 1 Claims – Undisputed General Unsecured Claims

| Creditor | Claimant Address | Amt Due |
|---|---|---|
| ACCESS CNC LLC | 21052 BECKWOURTH CIRCLE, HUNTINGTON BEAC, CA, 92646, USA | ($1,596) |
| ACCESS CNC LLC | 21052 BECKWOURTH CIRCLE, HUNTINGTON BEAC, CA, 92646, USA | $2,219 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $40 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $434 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $14 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $151 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $10 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $111 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $11 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $117 |
| ALLIED ELECTRONICS, INC. | PO Box 841811, Dallas, TX, 75284-1811, USA | $292 |
| ALONTI CATERING | 1210 W. Clay St., Houston, TX, 77019, USA | $91 |
| ALONTI CATERING | 1210 W. Clay St., Houston, TX, 77019, USA | $293 |
| ALTUS GROUP US, INC. | PO Box 12419, Newark, NJ, 07101-3519, USA | $900 |
| AMERICAN GAGE | RSA Industries1131 S. Richfield Rd, Placentia, CA, 92870, USA | $105 |
| AMERICAN GAGE | RSA Industries1131 S. Richfield Rd, Placentia, CA, 92870, USA | $1,565 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $1,956 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $35 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $687 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | ($152) |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $2,040 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $35 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $687 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $644 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $35 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $687 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $1,865 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | ($86) |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $77 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $1,707 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $39 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $756 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $849 |
| ARAMARK REFRESHMENT SRVC, INC. | P.O. Box 734677, Dallas, TX, 75373-4677, US | $390 |
| ASTRO ALUMINUM TREATING, INC. | Dept. LA 24493, PASADENA, CA, 91185-4493, USA | $618 |
| BAGHOUSE & INDUSTRIAL SHEET | Metal Services1731 Pomona Road, Corona, CA, 92878, USA | $515 |
| BARNES AEROSPACE OGDEN DIV. | BARNES GROUP, INC.PO Box 361086, PITTSBURGH, PA, 15251-6186, USA | $23,044 |
| BARNES AEROSPACE OGDEN DIV. | BARNES GROUP, INC.PO Box 361086, PITTSBURGH, PA, 15251-6186, USA | $3,292 |
| BARR COMM'L DOOR REPAIR, INC. | 9840 Glenoaks Blvd, Sun Valley, CA, 91352, USA | $775 |
| BAY CITY INDUSTRIAL SUPPLY | 3945 E. La Palma Avenue, ANAHEIM, CA, 92807, USA | $61 |
| BAY CITY INDUSTRIAL SUPPLY | 3945 E. La Palma Avenue, ANAHEIM, CA, 92807, USA | $740 |
| BAY CITY INDUSTRIAL SUPPLY | 3945 E. La Palma Avenue, ANAHEIM, CA, 92807, USA | $270 |
| BAY CITY INDUSTRIAL SUPPLY | 3945 E. La Palma Avenue, ANAHEIM, CA, 92807, USA | $436 |
| BAY CITY INDUSTRIAL SUPPLY | 3945 E. La Palma Avenue, ANAHEIM, CA, 92807, USA | $3,471 |
| BUEHLER | Division of Ill Tool Works Inc.39343 Treasury Center, Chicago, IL, 60694-9300, USA | $4,435 |
| CARR-LANE MFG. | PO Box191970, ST LOUIS, MO, 63119, USA | $43 |
| CARR-LANE MFG. | PO Box191970, ST LOUIS, MO, 63119, USA | $34 |
| CARR-LANE MFG. | PO Box191970, ST LOUIS, MO, 63119, USA | $19 |
| CARR-LANE MFG. | PO Box191970, ST LOUIS, MO, 63119, USA | $205 |
| CHALLY ASSESSMENT LLC | 251 Little Falls Drive, Wilmington, DE, 19808, USA | $3,020 |
| CRITICAL ENVIRONMENTS, INC. | P.O. BOX 12259Attn: Accounts Receivable, NEWPORT BEACH, CA, 92658, | $0 |
| CRITICAL ENVIRONMENTS, INC. | P.O. BOX 12259Attn: Accounts Receivable, NEWPORT BEACH, CA, 92658, | $1 |
| CRITICAL ENVIRONMENTS, INC. | P.O. BOX 12259Attn: Accounts Receivable, NEWPORT BEACH, CA, 92658, | $585 |
| CRITICAL ENVIRONMENTS, INC. | P.O. BOX 12259Attn: Accounts Receivable, NEWPORT BEACH, CA, 92658, | $1,228 |
| CRITICAL ENVIRONMENTS, INC. | P.O. BOX 12259Attn: Accounts Receivable, NEWPORT BEACH, CA, 92658, | $0 |
| CRITICAL ENVIRONMENTS, INC. | P.O. BOX 12259Attn: Accounts Receivable, NEWPORT BEACH, CA, 92658, | $1,326 |
| CRITICAL ENVIRONMENTS, INC. | P.O. BOX 12259Attn: Accounts Receivable, NEWPORT BEACH, CA, 92658, | $2,455 |
| DOX CALIBRATION INC. | 9766 Rollin Road, Waite Hill, OH, 44094, USA | $1,528 |
| E CHEM | AKCHEM, INC.4891 Maychelle Drive, ANAHEIM, CA, 92807, USA | $271 |
| E CHEM | AKCHEM, INC.4891 Maychelle Drive, ANAHEIM, CA, 92807, USA | $1,280 |
| ELECTRO-TECH MACHINING INC. | PO Box 92610, Rochester, NY, 14692, USA | $6,800 |
| EXIM ENGINEERING INC. | 2200 East Winston Road, Anaheim, CA, 92806, USA | $41 |
| EXIM ENGINEERING INC. | 2200 East Winston Road, Anaheim, CA, 92806, USA | $762 |
| EXIM ENGINEERING INC. | 2200 East Winston Road, Anaheim, CA, 92806, USA | $44 |
| EXIM ENGINEERING INC. | 2200 East Winston Road, Anaheim, CA, 92806, USA | $829 |
| FULLERTON ELECTRIC | 209 S. RICHMAN AVE.Attn: Accounts Receivable, FULLERTON, CA, 92832, USA | $600 |
| GKN AEROSPACE SERVICES, LTD | 700 FOX ROAD, VAN WERT, OH, 45891, USA | $52,318 |
| HOSKINS EQUIPMENT, LLC | 1000 S LESLIE ST, LA HABRA, CA, 90631, USA | $1,404 |

| | | |
|---|---|---|
| HOSKINS EQUIPMENT, LLC | 1000 S LESLIE ST, LA HABRA, CA, 90631, USA | $1,404 |
| HOSKINS EQUIPMENT, LLC | 1000 S LESLIE ST, LA HABRA, CA, 90631, USA | $1,404 |
| HOSKINS EQUIPMENT, LLC | 1000 S LESLIE ST, LA HABRA, CA, 90631, USA | $1,404 |
| HOSKINS EQUIPMENT, LLC | 1000 S LESLIE ST, LA HABRA, CA, 90631, USA | $1,404 |
| HOSKINS EQUIPMENT, LLC | 1000 S LESLIE ST, LA HABRA, CA, 90631, USA | $1,404 |
| HOSKINS EQUIPMENT, LLC | 1000 S LESLIE ST, LA HABRA, CA, 90631, USA | $1,404 |
| IHS | PO BOX 911501, DENVER, CO, 80291-1501, USA | $134 |
| IHS | PO BOX 911501, DENVER, CO, 80291-1501, USA | $393 |
| INDESTRUCTIBLE PAINT, INC. | 1 INDEPENDENCE DRIVE, MONROE, CT, 6468, USA | $4,001 |
| INTERSTATE PLASTICS | PO BOX 398094, SAN FRANCISCO, CA, 94139-8094, USA | ($1,610) |
| IRON MOUNTAIN | PO BOX 601002, PASADENA, CA, 91189-1002, USA | $1,404 |
| IRON MOUNTAIN | PO BOX 601002, PASADENA, CA, 91189-1002, USA | $2,171 |
| IRVINE PIPE & SUPPLY | 2501 SOUTH MAIN STREET, SANTA ANA, CA, 92707, USA | $30 |
| IRVINE PIPE & SUPPLY | 2501 SOUTH MAIN STREET, SANTA ANA, CA, 92707, USA | $323 |
| IRVINE PIPE & SUPPLY | 2501 SOUTH MAIN STREET, SANTA ANA, CA, 92707, USA | $55 |
| IRVINE PIPE & SUPPLY | 2501 SOUTH MAIN STREET, SANTA ANA, CA, 92707, USA | $591 |
| IRVINE PIPE & SUPPLY | 2501 SOUTH MAIN STREET, SANTA ANA, CA, 92707, USA | $63 |
| IRVINE PIPE & SUPPLY | 2501 SOUTH MAIN STREET, SANTA ANA, CA, 92707, USA | $677 |
| KAMAN AUTOMATION | LJ KAI BLocker-Ruby Automation LLC62303 Collections Center Drive, Chicago, IL, 60693-0623, USA | $60 |
| KAMAN AUTOMATION | LJ KAI BLocker-Ruby Automation LLC62303 Collections Center Drive, Chicago, IL, 60693-0623, USA | $738 |
| KAMAN AUTOMATION | LJ KAI BLocker-Ruby Automation LLC62303 Collections Center Drive, Chicago, IL, 60693-0623, USA | $689 |
| KAMAN AUTOMATION | LJ KAI BLocker-Ruby Automation LLC62303 Collections Center Drive, Chicago, IL, 60693-0623, USA | $691 |
| KAMAN AUTOMATION | LJ KAI BLocker-Ruby Automation LLC62303 Collections Center Drive, Chicago, IL, 60693-0623, USA | $112 |
| KONICA MINOLTA SOLUTIONS USA | Dept. LA 22988, Pasadena, CA, 91185-2988, USA | $416 |
| Argo Partners | 12 West 37th Street, Ste 900, New York, NY 10018 | $3,750 |
| Argo Partners | 12 West 37th Street, Ste 900, New York, NY 10018 | $3,000 |
| MESHWRX | 501 W. SOUTHERN AVE., ORANGE, CA, 92865, USA | $240 |
| MOTION INDUSTRIES | PO BOX 7410119, CHICAGO, IL, 60674, USA | $272 |
| MOTION INDUSTRIES | PO BOX 7410119, CHICAGO, IL, 60674, USA | $647 |
| MSC INDUSTRIAL SUPPLY CO. INC. | ATTN: ACCT'S REC, ST LOUIS, MO, 63195-3635, USA | $32 |
| MSC INDUSTRIAL SUPPLY CO. INC. | ATTN: ACCT'S REC, ST LOUIS, MO, 63195-3635, USA | $348 |
| MSC INDUSTRIAL SUPPLY CO. INC. | ATTN: ACCT'S REC, ST LOUIS, MO, 63195-3635, USA | $19 |
| MSC INDUSTRIAL SUPPLY CO. INC. | ATTN: ACCT'S REC, ST LOUIS, MO, 63195-3635, USA | $210 |
| NORTH SOUTH MACHINERY, INC. | 1400 Pioneer St., Brea, CA, 92821, USA | $856 |
| PRAXAIR DISTRIBUTION INC | DEPT LA 21511, Pasadena, CA, 91185, USA | $27 |
| PRAXAIR DISTRIBUTION INC | DEPT LA 21511, Pasadena, CA, 91185, USA | $25 |
| PRAXAIR DISTRIBUTION INC | DEPT LA 21511, Pasadena, CA, 91185, USA | $27 |
| PRAXAIR DISTRIBUTION INC | DEPT LA 21511, Pasadena, CA, 91185, USA | $1 |
| PRAXAIR DISTRIBUTION INC | DEPT LA 21511, Pasadena, CA, 91185, USA | $26 |
| PRIME RESOURCE, INC. | 12111 Madera Way, Riverside, CA, 92503, USA | $263 |
| PRIME RESOURCE, INC. | 12111 Madera Way, Riverside, CA, 92503, USA | $769 |
| PRISM AEROSPACE, INC. | 3087 12TH STREET, RIVERSIDE, CA, 92507, USA | $18,975 |
| PRUDENTIAL OVERALL SUPPLY | PO BOX 11210, SANTA ANA, CA, 92711-1210, USA | $40 |
| PRUDENTIAL OVERALL SUPPLY | PO BOX 11210, SANTA ANA, CA, 92711-1210, USA | $40 |
| PRUDENTIAL OVERALL SUPPLY | PO BOX 11210, SANTA ANA, CA, 92711-1210, USA | $40 |
| PRUDENTIAL OVERALL SUPPLY | PO BOX 11210, SANTA ANA, CA, 92711-1210, USA | $40 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $5 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $10 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $10 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $174 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $329 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $4,215 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $5 |
| RICOH USA, INC. | ATTN: Accounts Receivable, PASADENA, CA, 91110-0850, USA | $10 |
| SERVICE MASTER PROFESSIONAL | 14468 Allegan Street, Whittier, CA, 90604, USA | $6,356 |
| SIMS-ORANGE WELDING SUPPLY | PO BOX 2279, SANTA ANA, CA, 92707, USA | $0 |
| SIMS-ORANGE WELDING SUPPLY | PO BOX 2279, SANTA ANA, CA, 92707, USA | $135 |
| SIMS-ORANGE WELDING SUPPLY | PO BOX 2279, SANTA ANA, CA, 92707, USA | $140 |
| SIMS-ORANGE WELDING SUPPLY | PO BOX 2279, SANTA ANA, CA, 92707, USA | $0 |
| SIMS-ORANGE WELDING SUPPLY | PO BOX 2279, SANTA ANA, CA, 92707, USA | $135 |
| SINGLE SOURCE TECHNOLOGIES | MAKINO INC., PALANTINE, FL, 60055-6443, USA | $61 |
| SINGLE SOURCE TECHNOLOGIES | MAKINO INC., PALANTINE, FL, 60055-6443, USA | $524 |
| SINGLE SOURCE TECHNOLOGIES | MAKINO INC., PALANTINE, FL, 60055-6443, USA | $62 |
| SINGLE SOURCE TECHNOLOGIES | MAKINO INC., PALANTINE, FL, 60055-6443, USA | $524 |
| SOUTHERN CAL SHREDDING, INC. | 20492 Crescent Bay Dr., Lake Forest, CA, 92630, USA | $115 |
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $6 |
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $228 |
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $9 |
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $183 |

| | | |
|---|---|---|
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $18 |
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $366 |
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $9 |
| ST CLAIRE ENTERPRISES | ATTN: ACCT'S REC, PALM SPRINGS, CA, 92262, USA | $183 |
| STANLEY CONVERGENT SECURITY | DEPT CH 10651, PALATINE, IL, 60055, USA | $90 |
| STANLEY CONVERGENT SECURITY | DEPT CH 10651, PALATINE, IL, 60055, USA | $1,505 |
| STAPLES BUSINESS ADVANTAGE | PO BOX 660409, DALLAS, TX, 75266-0409, USA | $22 |
| STAPLES BUSINESS ADVANTAGE | PO BOX 660409, DALLAS, TX, 75266-0409, USA | $106 |
| STAPLES BUSINESS ADVANTAGE | PO BOX 660409, DALLAS, TX, 75266-0409, USA | $819 |
| STAPLES BUSINESS ADVANTAGE | PO BOX 660409, DALLAS, TX, 75266-0409, USA | $108 |
| STAPLES BUSINESS ADVANTAGE | PO BOX 660409, DALLAS, TX, 75266-0409, USA | $629 |
| STAPLES BUSINESS ADVANTAGE | PO BOX 660409, DALLAS, TX, 75266-0409, USA | $848 |
| STAPLES BUSINESS ADVANTAGE | PO BOX 660409, DALLAS, TX, 75266-0409, USA | $742 |
| SUN PAC STORAGE CTNS, INC | 23222 Olive Avenue, Lake Forest, CA, 92630, USA | $4,524 |
| SUNRISE MULTI-SPEC MED GRP | 2492 WALNUT AVENUE STE 110, TUSTIN, CA, 92780, USA | ($9) |
| SUNRISE MULTI-SPEC MED GRP | 2492 WALNUT AVENUE STE 110, TUSTIN, CA, 92780, USA | $574 |
| SUNRISE MULTI-SPEC MED GRP | 2492 WALNUT AVENUE STE 110, TUSTIN, CA, 92780, USA | $40 |
| SUNRISE MULTI-SPEC MED GRP | 2492 WALNUT AVENUE STE 110, TUSTIN, CA, 92780, USA | $40 |
| SUNRISE MULTI-SPEC MED GRP | 2492 WALNUT AVENUE STE 110, TUSTIN, CA, 92780, USA | $40 |
| TFS-COMMERCIAL FINANCE | ATTN: ACCT'S REC, DALLAS, TX, 75266-0926, USA | $2,916 |
| TFS-COMMERCIAL FINANCE | ATTN: ACCT'S REC, DALLAS, TX, 75266-0926, USA | $0 |
| TFS-COMMERCIAL FINANCE | ATTN: ACCT'S REC, DALLAS, TX, 75266-0926, USA | $2,866 |
| THE BOEING COMPANY | NA | ($4,912) |
| TRINITY MACHINERY SERVICE | 6336 Anabel Street, Riverside, CA, 92509, USA | $510 |
| TW METALS INC. | 760 Construction DrivePO Box 644, Exton, PA, 19341-0644, USA | $186 |
| Fair Harbor Capital, LLC | Ansonia Finance Station, P.O. Box 237037, New York, NY 10023 | $30 |
| Fair Harbor Capital, LLC | Ansonia Finance Station, P.O. Box 237037, New York, NY 10023 | $288 |
| Fair Harbor Capital, LLC | Ansonia Finance Station, P.O. Box 237037, New York, NY 10023 | $21 |
| Fair Harbor Capital, LLC | Ansonia Finance Station, P.O. Box 237037, New York, NY 10023 | $273 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $0 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $43 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $0 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $43 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $0 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $43 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $0 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $43 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $0 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $43 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $0 |
| UNIFIRST CORPORATION | PO BOX 650481, DALLAS, TX, 75265-0481, USA | $43 |
| Fair Harbor Capital, LLC | Ansonia Finance Station, P.O. Box 237037, New York, NY 10023 | $1,184 |
| Fair Harbor Capital, LLC | Ansonia Finance Station, P.O. Box 237037, New York, NY 10023 | $1,184 |
| UNIVAR USA INC. | PO BOX 740896, LOS ANGELES, CA, 90074-0896, USA | $5,387 |
| UNIVAR USA INC. | PO BOX 740896, LOS ANGELES, CA, 90074-0896, USA | $5,387 |
| Fair Harbor Capital, LLC | Ansonia Finance Station, P.O. Box 237037, New York, NY 10023 | $10,649 |
| WELLS FARGO VENDOR | NA | $343 |
| WELLS FARGO VENDOR | NA | $4,924 |
| GKN AEROSPACE | P.O. Box 1604, El Cajon, CA 92022 | $1,232,302 |
| **Total** | | **$1,466,159** |

<u>**Exhibit C**</u>

**Frequently Asked Questions**

**What Is ASTECH Attempting to Do in Chapter 11?** Chapter 11 is the principal reorganization chapter of the Bankruptcy Code. Under Chapter 11, a debtor attempts to restructure the claims held against it. Formulation and confirmation of a plan of reorganization is the primary goal of Chapter 11. When reorganization is not feasible, however, a debtor may propose a liquidating plan under Chapter 11, as is the case with ASTECH here. The plan is the legal document which sets forth the manner and the means by which holders of claims against the debtor will be treated.

**Why Am I Receiving This Plan?** In order to confirm a plan of reorganization [or liquidation], the Bankruptcy Code requires that a debtor solicit acceptances of a proposed plan, which it is doing with this Plan. If the creditors are satisfied with the information provided in the Plan and the terms of the Plan as proposed, and have voted for the Plan and returned the requisite number of ballots to counsel for the Debtor, the Bankruptcy Court may confirm the Plan as proposed by the Debtor.

**How Do I Determine Which Class I Am In?** The pertinent section of the Plan dealing with the classes of claims will explain, among other things, who is in that class, what is the size of the class, what you will receive if the Plan is confirmed, and when you will receive what the Plan has provided for you if the Plan is confirmed. Article III describes all classes of claimants and their types of claims.

**Why Is Confirmation of a Plan Important?** Confirmation of the Plan is necessary because if the Plan is confirmed, the Debtor and all of its creditors are bound by the terms of the Plan. <u>If the Plan is not confirmed, the Debtor may not pay creditors as proposed in the Plan while the Debtor remains in bankruptcy.</u>

**What Is Necessary to Confirm a Plan?** Confirmation of the Plan requires, among other things, the vote in favor of the Plan of two-thirds in total dollar amount and a majority in number of claims actually voting in each voting class. If the vote is insufficient, the Bankruptcy Court can still confirm the Plan, but only if certain additional elements are shown including that the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.

**Am I Entitled to Vote on the Plan?** Any creditor of the Debtor whose claim is impaired under the Plan is entitled to vote, if either (i) the creditor's claim has been scheduled by the Debtor and such claim is not scheduled as disputed, contingent, or unliquidated, or (ii) the creditor has filed a proof of claim on or before the last date set by the Bankruptcy Court for such filings. Any claim to which an objection has been filed (and such objection is still pending) is not entitled to vote, unless the Bankruptcy Court temporarily allows the creditor to vote upon the creditor's motion. Such motion must be heard and determined by the Bankruptcy Court prior to the date established by the Bankruptcy Court to confirm the Plan.

**How Do I Determine Whether I Am in an Impaired Class?** Section 3.2 of the Plan identifies the classes of creditors whose claims are impaired. If your claim is impaired, your vote will be

considered by the Bankruptcy Court.

**When Is the Deadline by Which I Need to Return My Ballot?** The Plan will be distributed to all claim holders for their review, consideration and approval. The deadline by which ballots must be returned will be announced at a later date pursuant to an Order of the Court.

**How Do I Determine When and How Much I Will Be Paid?** In Section 3.2, the Debtor has provided both written and financial summaries of what it anticipates each class of creditors will receive under the Plan. These are only estimates and are subject to revision as more information becomes available.