**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| AEP LEGACY, INC.,[1] | Case No. 22-10635 (BLS) |
| Debtor. | **Objection Deadline: April 10, 2024 at 4:00 p.m.** |
| | **Hearing Date: April 17, 2024 at 10:30 a.m.** |

**NOTICE OF HEARING REGARDING LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTARTIVE CLAIM**

**PLEASE TAKE NOTICE** that on March 11, 2024, Liberty Mutual Insurance Company ("Liberty") filed the *Request for Allowance and Payment of Administrative Claim* with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served so as to be received by the undersigned counsel on or before **April 10, 2024 at 4:00 p.m.** Only properly and timely filed responses will be considered.

[1] The Debtor, AEP Legacy, Inc. was formerly known as ASTECH Engineered Products, Inc. and the last four digits of the Debtor's federal tax identification number is 7721. The Debtor's address is AEP Legacy, Inc. 850 New Burton Rd., Suite 201, Dover, DE 19904.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **April 17, 2024 at 10:30 a.m. (ET)** before the Honorable Judge Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 11, 2024

Wilmington, Delaware

Respectfully submitted,

By: /s/ *R. Karl Hill*

R. Karl Hill (Del. Bar No. 2747)
**SEITZ VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

- and -

**CHOATE, HALL & STEWART, LLP**
Douglas R. Gooding
M. Hampton Foushee
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Email: dgooding@choate.com
Email: hfoushee@choate.com

*Counsel to Liberty Mutual Insurance Company*