**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| AEP LEGACY, INC.,[1] | Case No. 22-10635 (BLS) |
| Debtor. | **Objection Deadline: April 10, 2024 at 4:00 p.m.** |
| | **Hearing Date: April 17, 2024 at 10:30 a.m.** |

**ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF LIBERTY MUTUAL INSURANCE COMPANY**

Upon the motion (the "Motion") of Liberty Mutual Insurance Company ("Liberty") for an entry of an order (this "Order") pursuant to section 503(b)(1)(A) of the Bankruptcy Code for allowance and immediate payment of an administrative expense claim; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. § § 1408 and 1409; and appearing that sufficient notice of the Motion has been given; and having reviewed the Motion, any objections or responses to the

1 The Debtor, AEP Legacy, Inc. was formerly known as ASTECH Engineered Products, Inc. and the last four digits of the Debtor's federal tax identification number is 7721. The Debtor's address is AEP Legacy, Inc. 850 New Burton Rd., Suite 201, Dover, DE 19904.

Motion, and all related pleadings; the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Liberty is hereby allowed an administrative expense claim pursuant to section 503(b)(1)(A) of the Bankruptcy Code in the amount of $39,669.98, which shall be paid within ten (10) days of entry of this Order.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.