# CERTIFICATE OF SERVICE

I, R. Karl Hill, hereby certify that on this 11th day of March 2024 the foregoing documents were served upon all counsel of record via CM/ECF.

/s/ *R. Karl Hill*
R. KARL HILL (2747)